UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS RECINOS-VALDEZ,<br><br>and<br><br>KEVIN RECINOS-RUANO,<br><br>Defendants. | Case No. 3:25-mj-00043-CLB<br><br>SEALING ORDER<br><br>Under Seal |

Based upon the government's foregoing motion and the representations and bases set forth therein, the Court hereby ORDERS that this Order, the foregoing Motion, the Complaint, and the Affidavit of HSI Special Agent Shane Lux in Support of the Complaint in the above-styled case be filed **under SEAL** and remain under seal until both of the arrest warrant returns have been submitted to the Court.

DATED this 14th day of March, 2025.

_____
HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

3