SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
ANDREW KEENAN
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andrew.Keenan@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:25-mj-00043-CLB |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO CONTINUE PRELIMINARY EXAMINATION** |
| CARLOS RECINOS-VALDEZ, | |
| and | |
| KEVIN RECINOS-RUANO, | |
| Defendants. | |

        IT IS HEREBY STIPULATED AND AGREED by and through SUE FAHAMI,

Acting United States Attorney for the District of Nevada, and ANDREW KEENAN,

Assistant United States Attorney, counsel for the United States of America, JANICE

HUBBARD, counsel for KEVIN RECINOS-RUANO, and SEAN MCCLELLAND,

Assistant Federal Public Defender, counsel for CARLOS RECINOS-VALDEZ, that the

preliminary examinations under Fed. R. Crim. P. 5.1 currently set for April 1, 2025, at 3:00

p.m., be continued until April 3, 2025, at 3:00 p.m. Through counsel, defendants waive the

14-day deadline under Fed. R. Crim. P. 5.1(c) and, taking into account the public interest in the prompt disposition of criminal cases, consent to one continuance pursuant to Fed. R. Crim. P. 5.1(d) until April 3, 2025, at 3:00 p.m.

DATED this 27th day of March, 2025.


SUE FAHAMI                          RENE L. VALLADARES
Acting United States Attorney       Federal Public Defender


  /s/ Andrew Keenan                    /s/ Sean McClelland
ANDREW KEENAN                       SEAN MCCLELLAND
Assistant United States Attorney    Assistant Federal Public Defender
                                    Counsel for Defendant Carlos Recinos-
                                    Valdez



                                      /s/ Janice Hubbard
                                    JANICE HUBBARD
                                    Counsel for Defendant Kevin Recinos-
                                    Ruano




IT IS SO ORDERED.


_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE


DATED: March 28, 2025.

2