SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar Number 5634
ANDREW KEENAN
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS RECINOS-VALDEZ,<br><br>　　　　　　Defendant. | Case No. 3:25-cr-00010-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO REOPEN DETENTION [ECF #45]**<br><br>(First Request)<br><br>[ECF No. 51] |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Sean McClelland, Assistant Federal Public Defender, counsel for Defendant Carlos Recinos-Valdez, to extend the time in which the Government's Response to the Defendant's Motion to Reopen Detention [ECF #45] is due from October 6, 2025, to October 10, 2025. Defendant's Replies to the Government's Response would be then due on October 21, 2025. This is the first request for an extension. Trial is currently set for February 10, 2026. Government counsel is respectfully requesting an additional week to file its response due to government counsel's other obligations. As such, the parties are stipulating to a short extension of the Government's response date from October 6, 2025, until October 10, 2025.

1

Additionally, the parties are stipulating that Defendant will have until October 21, 2025, to file his reply. The additional time requested for the filing the responses is requested mindful of the current trial date of February 10, 2026, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: October 2, 2025.

| | |
|---|---|
| SUE FAHAMI<br>Executive Assistant<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney | /s/ Sean McClelland<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for Carlos Recinos-Valdez |

**IT IS SO ORDERED.**

**DATED:** October 2, 2025

_____
UNITED STATES MAGISTRATE JUDGE