**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS RECINOS-VALDEZ,<br><br>    Defendant. | Case No. 3:25-cr-00010-MMD-CLB<br><br>**ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>EXHIBITS UNDER SEAL** |

Certification: This motion is timely filed, no deadline applicable

The Defendant, CARLOS RECINOS-VALDEZ, by and through his attorney of record, Assistant Federal Public Defender Sean A. McClelland, hereby moves this Court for permission to file exhibits A-E to the Defendant's Motion to Reopen Detention (ECF 45) under seal as they contain confidential information currently under protective orders (ECF 29 & ECF 30) .

DATED 22nd day of September, 2025.

                                          RENE L. VALLADARES
                                        Federal Public Defender

                       By: */s/ Sean A. McClelland*
                                        SEAN A. MCCLELLAND
                                        Assistant Federal Public Defender
                                        Attorney for CARLOS RECINOS-VALDEZ

**IT IS SO ORDERED:**

**CARLA BALDWIN
U.S. MAGISTRATE JUDGE
DATED:** October 7, 2025