**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Shamar Tyrell Garcia; Giann Icob Salazar Del Real; Devonte Devon Jackson; and Jorge Enriquez, Jr.,<br><br>    Defendants. | No. 2:25-cr-00230-RFB-BNW<br>No. 2:25-cr-00227-JAD-BNW<br>No. 2:25-cr-00240-GMN-BNW<br>No. 3:25-cr-00026-MMD-CLB<br><br>**ORDER** |

The undersigned judge previously ruled that Acting U.S. Attorney Sigal Chattah was not legally appointed, and disqualified her from supervising these four cases. *United States v. Garcia*, 2025 WL 2784640 (D. Nev. Sept. 30, 2025), *appeal filed*, No. 25-6229 (9th Cir. Oct. 2, 2025). Relying on this order, parties in a number of additional cases have moved to disqualify Ms. Chattah from supervising their cases or to dismiss the charges against them. The motions have been transferred to the undersigned judge.

The Court has granted the government's motion to stay its previous decision pending Ninth Circuit review. *See* Doc. 52, *United States v. Garcia*, No. 2:25-cr-00230. While continuing to believe that its earlier ruling regarding Ms. Chattah's appointment is correct, the Court concluded that the ruling raises novel and important questions and that the respect due a co-equal branch of government counsels in favor of staying the decision

until an appellate ruling can be obtained. The Court notes that the Court of Appeals has expedited the briefing schedule.

In light of this stay, the Court will deny the pending motions without prejudice. If the Ninth Circuit affirms the Court's decision to disqualify Ms. Chattah but she remains in office, the motions can be re-filed by the parties in these cases and presumably can be resolved by the presiding Nevada judges based on Ninth Circuit law. If the Court of Appeals reverses the Court's decision, the arguments made in these motions will be moot.

**IT IS ORDERED** that the following motions are denied without prejudice to re-filing after the Ninth Circuit rules on the pending appeal.

1. Doc. 119, *United States v. Ward*, No. 2:08-cr-00224-KJD-RJJ.
2. Doc. 125, *United States v. Torres*, No. 2:18-cr-00164-APG-VCF.
3. Doc. 80, *United States v. Tesch*, No. 2:20-cr-00188-RFB-DJA.
4. Doc. 116, *United States v. Mattingly*, No. 2:21-cr-00230-APG-VCF.
5. Doc. 250, *United States v. Soloman*, No. 3:22-cr-00022-ART-CSD.
6. Doc. 63, *United States v. Tesch*, No. 2:22-cr-00038-JAD-NJK.
7. Doc. 37, *United States v. Fe'a*, No. 3:23-cr-00010-ART-CLB.
8. Doc. 85, *United States v. Brose*, No. 3:23-cr-00017-MMD-CLB.
9. Doc. 90, *United States v. Staples*, No. 2:23-cr-00201-APG-EJY.
10. Doc. 46, *United States v. Smith*, No. 2:24-cr-00077-GMN-MDC.
11. Doc. 53, *United States v. Recinos-Valdez*, No. 3:25-cr-00010-MMD-CLB.
12. Doc. 14, *United States v. Armas-Rodriguez*, No. 3:25-cr-00030-MMD-CSD.
13. Doc. 20, *United States v. Devaughn*, No. 2:25-cr-00119-JAD-DJA.
14. Doc. 17, *United States v. Webber*, No. 2:25-cr-00229-JAD-EJY.
15. Doc. 21, *United States v. Fox*, 2:25-cr-00250-APG-EJY.
16. Doc. 44, *Lopez v. L.V. Metro. Police Dep't*, No. 2:24-cv-00628-GMN-EJY.

Dated this 23rd day of October, 2025.

David G. Campbell
Senior United States District Judge

2