**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

CARLOS RECINOS-VALDEZ,

      Defendant.

Case No. 3:25-cr-00010-MMD-CLB

**ORDER**

Based on the defendant's motion to continue, good cause appearing, and the best interest of justice being served,

IT IS THEREFORE ORDERED that the parties herein shall have to and including **October 2, 2026** to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including **October 16, 2026** to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including **October 23, 2026** to file any and all replies.

IT IS FURTHER ORDERED that the calendar call currently scheduled for July 27, 2026, at 9:00 a.m., be vacated and continued to **MONDAY, OCTOBER 26, 2026, at 9:00 a.m.**; and the trial currently scheduled for August 18, 2026, at 9:00 a.m., be vacated and continued to **TUESDAY, NOVEMBER 17, 2026, at 9:00 a.m.**

DATED this 30th of July, 2026.

_____

MIRANDA M. DU

UNITED STATES DISTRICT JUDGE

1